IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MESHA GERKEN, BRENDAN STARKEY
and HEATHER STARKEY,

    Plaintiffs,

v.                                                    Cause No. 1:19-cv-00860-WJ-SCY

DOMENIC CHARLES MILES and
PROGRESSIVE DIRECT INSURANCE COMPANY,
d/b/a PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Defendants.

## DEFENDANT DOMENIC CHARLES MILES' NOTICE OF COMPLETION OF BRIEFING

Defendant DOMENIC CHARLES MILES, by and through his attorneys, DEGRAAUW LAW FIRM, P.C. (J. Andrew deGraauw and Bryan M. Rowland), hereby notifies the Court that briefing is complete on its Motion to Dismiss Plaintiffs, Brendan Starkey and Heather Starkey's Complaint Due to Violation of the Applicable Statute of Limitations as follows:

| Doc. Number | Date Filed | Title |
|---|---|---|
| 4 | 9/25/19 | **MOTION to Dismiss** *Plaintiffs, Brendan Starkey and Heather Starkey's Complaint Due to Violation of the Applicable Statute of Limitations* **by Domenic Charles Miles** |
| 11 | 10/10/19 | **NOTICE of Briefing Complete by Domenic Charles Miles re [4] MOTION to Dismiss** *Plaintiffs, Brendan Starkey and Heather Starkey's Complaint Due to Violation of the Applicable Statute of Limitations* **filed by Domenic Charles Miles** |

| | | |
|---|---|---|
| 13 | 10/10/19 | ***UNTIMELY* RESPONSE in Opposition re [4] MOTION to Dismiss** *Plaintiffs, Brendan Starkey and Heather Starkey's Complaint Due to Violation of the Applicable Statute of Limitations* **filed by Mesha L. Gerken, Brendan Starkey, Heather Starkey** |
| 20 | 10/24/19 | **REPLY to Response to Motion re [4] MOTION to Dismiss** *Plaintiffs, Brendan Starkey and Heather Starkey's Complaint Due to Violation of the Applicable Statute of Limitations* **filed by Domenic Charles Miles** |

Respectfully submitted,

**DEGRAAUW LAW FIRM, P.C.**

By:   */s/ Bryan M. Rowland*
         J. Andrew deGraauw
         Bryan M. Rowland
         *Attorneys for Defendant Miles*
         316 Osuna Road, NE - Suite 302
         Albuquerque, NM 87107
         Telephone: (505) 322-2144

## CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2019, I filed the foregoing pleading electronically through the CM/ECF, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

David Z. Ring
AEQUITAS LAW OF NEW MEXICO
5901 Wyoming Blvd. NE, Ste. J-300
Albuquerque, NM 87109
Phone: (505) 263-8929
dave@aequitas.pro

Richard M. Padilla
Jeffrey M. Mitchell
O'Brien & Padilla, P.C.
6000 Indian School Rd. NE, Ste. 200
Phone: (505)883-8181
rpadilla@obrienlawoffice.com
jmitchell@obrienlawoffice.com


 */s/  Bryan M. Rowland*
J. Andrew deGraauw
Bryan M. Rowland